IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01412-MSK-MJW

HUNTER DOUGLAS, INC., and
ANDREW J. TOTI TESTAMENTARY TRUST,

Plaintiff(s),

v.

NIEN MADE ENTERPRISE CO. LTD.,
NORMAN INTERNATIONAL, INC.,
NORMAN INTERNATIONAL COLORADO, LLC,
RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A., and
GLOBAL CUSTOM COMMERCE, INC. d/b/a BLINDS.COM,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs Hunter Douglas, Inc. and Andrew J. Toti Testamentary Trust's Motion for Leave to Submit a Sur-Reply in Opposition to Nien Made's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 136 ) is granted, and the tendered Sur-Reply (Docket No. 136-1) is accepted for filing.

Date: April 14, 2014