**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   July 21, 2014 |
| Court Reporter:       Terri Lindblom | |

Civil Action No. 13-cv-01412-MSK-MJW

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| HUNTER DOUGLAS, INC.; | Frederick Whitmer |
| RUSSELL L. HINCKLEY, SR., Executor of the Estate of | Miranda Rogers |
| Andrew J. Toti, on behalf of the Estate of Andrew J. Toti, | Christopher Reed |
| Plaintiff, | |
| v. | |
| International Window Treatments, Inc.; | Douglas Sawyer |
| Nien Made Enterprise Co. Ltd.; | Kourtney Merrill |
| Norman International, Inc.; | |
| Norman International Colorado, LLC; | |
| Richfield Window Coverings, Inc. d/b/a Nien Made U.S.A.; | |
| Global Custom Commerce, Inc. d/b/a Blinds.com; | |
| Nien Advanced Solutions d/b/a Norman Window Fashions; | |
| Norman International Arizona, LLC; | |
| Norman International Dallas, LLC; | |
| Norman International Florida, LLC; | |
| Norman International Illinois, LLC; | |
| Norman International Las Vegas, LLC; | |
| Norman International San Jose, LLC; | |
| Norman International Virginia, LLC | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Motions

**3:02 p.m.      Court in session.**

The Court addresses the Motion to Dismiss (**Doc. #107**) and the Magistrate Judge's Recommendation (**Doc. #151**).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Motion to Dismiss (**Doc. #107**) is **GRANTED** as to defendant Nien Made Enterprises Co. Ltd, the plaintiff's objections are **OVERRULED** and the Recommendation of the Magistrate Judge (**Doc. #151**) is **ADOPTED**.

The Court addresses defendants' objection/Appeal (**Doc. #90**) of Magistrate Judge Decision (**Doc. #86**).

Argument.

**ORDER:** Defendants' Objection/Appeal (**Doc. #90**) are **SUSTAINED.** Based on new facts, the Court declines to adopt the decision of the Magistrate Judge (**Doc. #86**) on the Motion to Stay (**Doc. #74**). A stay is imposed until there is a determination by the Patent Office on the most recent petition.

**ORDER:** Motion for Hearing/Conference (**Doc. #146**) is **DENIED** as premature.

**3:36 p.m.** **Court in recess.**

**Total Time: 33 minutes.**
**Hearing concluded.**